Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

PATRICIA A. CURTHOYS

v.

COMMISSIONER OF SOCIAL SECURITY

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 1:22-cv-00950

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Judgment on the Pleadings is GRANTED. FURTHER, that Defendant's Motion for Judgment on the Pleadings is DENIED. FURTHER, that this case is REMANDED to the Commissioner of Social Security for further proceedings consistent with this decision.

Date: February 26, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Tatiana
    Deputy Clerk